# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3446
_____

TJ ALAN CRUTCHFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Santa Rosa County.
Jose A. Giraud, Judge.

September 9, 2022


PER CURIAM.

DISMISSED.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Aimee Lim and Jasmine Russell Dixon, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.